THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN CERULLI, Appellant.

*People* v. *Cerulli,* 179 App. Div. 930, affirmed.
(Argued December 11, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 10, 1917, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crimes of rape in the second degree and abduction.

*Abraham H. Kesselman, George W. Martin* and *David F. Price* for appellant.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* and *Harry G. Anderson* of counsel), for respondent.

Judgment affirmed under the provisions of section 542 of the Code of Criminal Procedure; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO and ANDREWS, JJ. Dissenting: HOGAN and CRANE, JJ.